# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND <u>PRODUCT LIABILITY LITIGATION</u> | MDL Docket No. 1657 |
| **THIS RELATES TO:** **MDL Case No. 1699** **Civil Action No.: M:05-CV-01699-CRB** | Plaintiff: <u>  Kenneth L. and Patsy B. Peterson  </u> (name) |

## ORDER RE: MOTION TO WITHDRAW

On this <u> 27th </u> day of <u>  March    </u>, 2007, the Motion to Withdraw filed by Plaintiffs' attorney, Kimberly K. Hardeman, came before the undersigned. Upon review of the file, the Court notes that Plaintiff will henceforth be represented by Attorney Larry D. Helvey of Moyer & Bergman, P.L.C. and finds that said motion should be granted.

IT IS THEREFORE ORDERED that said motion is hereby GRANTED. Kimberly K. Hardeman is given leave to withdraw as counsel for Plaintiffs.

_____
HON. CHARLES R. BREYER

